# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA K. KIDD, parent and natural | : | No.  1:13-cv-2625 |
| guardian of JAMES FRED BROWN, for | : | |
| the benefit of JAMES FRED BROWN, | : | |
| an incapacitated individual, and | : | |
| MISTY MCNEAL, | : | |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY and STATE | : | |
| FARM FIRE AND CASUALTY | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### December 29, 2015

For the reasons set forth in our Memorandum Opinion entered on today's

date, **JUDGMENT** is hereby entered in favor of the **DEFENDANTS**.  The Clerk

of Court is directed to **CLOSE** the file on this case.


s/ John E. Jones III
John E. Jones III
United States District Judge